```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IMARI ANDREWS,                                              :
                                                            :
                          Plaintiff,                        :
                                                            :              20-cv-4521 (VSB)
              -against-                                     :
                                                            :                  ORDER
RITE AID CORPORATION, et al.,                               :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Defendants' Motion to Dismiss, (Docs. 13, 14, 15), Plaintiff's Opposition, (Docs. 22, 23), Defendants' Reply, (Doc. 25), and Plaintiff's Notice of Supplemental Authority, (Docs. 27, 28). Accordingly, it is hereby:

ORDERED that a hearing on Defendants' Motion to Dismiss will be held on March 11, 2021 at 11:00 a.m.

SO ORDERED.

Dated: December 16, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge