```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IMARI ANDREWS,                                              :
individually and on behalf of all others                    :
similarly situated                                          :
                                                            :       20-cv-4521 (VSB)
                                       Plaintiffs,          :
                                                            :            ORDER
             -against-                                      :
                                                            :
RITE AID CORPORATION and RITE AID                           :
OF NEW YORK, INC.,                                          :
                                                            :
                                       Defendants.          :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On March 11, 2021, I held a hearing on Defendants Rite Aid Corporation and Rite Aid of New York, Inc.'s ("Defendants") motion to dismiss Plaintiff Imari Andrews's complaint for lack of subject matter jurisdiction and lack of personal jurisdiction. For the reasons stated on the record, it is hereby:

      ORDERED that Defendants' motion to dismiss the complaint for lack of subject matter jurisdiction is DENIED.

      IT IS FURTHER ORDERED that Defendants' motion to dismiss the complaint for lack of personal jurisdiction is DENIED without prejudice to raising it at a later stage.

      IT IS FURTHER ORDERED that Defendants' response to the complaint shall be due March 25, 2021.

      The Clerk of Court is respectfully directed to terminate the motion pending at Docket Entry 13.

SO ORDERED.

Dated: March 11, 2021
      New York, New York

                                             Vernon S. Broderick
                                             United States District Judge