UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMARI ANDREWS, individual, and on behalf of all others similarly situated,<br><br>      **Plaintiff,**<br><br> -against-<br><br>RITE AID CORPORATION and RITE AID of NEW YORK, INC., individually,<br><br>      **Defendants.** | Case No.: 20-cv-4521 (JLR/OTW) |

## PROPOSED RULE 68 JUDGMENT

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Rite Aid Corporation and Rite Aid of New York, Inc. ("Defendants"), offered to allow Plaintiff Imari Andrews ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars ($25,000.00) inclusive of costs and attorney's fees with respect to Plaintiff's federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 1, 2022 and on December 6, 2022, Plaintiff's attorney confirmed Plaintiff's acceptance of Defendants' Offer of Judgment at Docket Number 67. It is ORDERED and ADJUDGED, that judgment is entered in favor of Plaintiff Imari Andrws, in the sum of Twenty-Five Thousand Dollars ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated December 1, 2022.

                _____
                **JENNIFER L. RONCHON**
                **United States District Court**